# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSE NATIVIDAD PENA, ) <br> MARIA G. REYES, ) <br> CONCEPCION PENA, ) <br> ) <br>            Plaintiffs, ) <br> v. ) <br> ) <br> VILLAGE OF MAYWOOD, ) <br> a municipal corporation, ) <br> OFFICER REILLY, Star #305, ) <br> Village of Maywood Police Officer, ) <br> ) <br>            Defendants. ) | Case No. 14 CV 04214 <br><br> The Honorable Jeffrey Cole |

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT ON COSTS

The Plaintiffs, JOSE NATIVIDAD PENA, MARIA G. REYES, and CONCEPCION PENA, by and through their attorneys, DVORAK LAW OFFICES, LLC, respectfully move this Honorable Court to instruct the Clerk to enter judgment in favor of the Plaintiffs with respect to their attorneys' costs, which amount to $2,092.80. In support the Plaintiff state as follows:

1. Judgement was entered in favor of the Plaintiffs on October 13, 2016, pursuant to the Plaintiffs' having accepted the Defendants' Offer of Judgment (Dkt. 93, 94).

2. The Plaintiffs submitted a Bill of Costs seeking TWO-THOUSAND-NINETY-TWO DOLLARS and EIGHTY CENTS ($2,092.80) October 13, 2016 (Dkt. 95).

3. The Defendants had until October 28, 2016 by which to file a response to the Plaintiff's Bill of Costs (Dkt 96).

4. As of the filing of this Motion, the Defendants have not responded to the Plaintiffs' Bill of Costs.

5. The Plaintiffs therefore ask that they be awarded the full $2,092.80, and any interest

that might accumulate on that principal sum should this Motion be granted and judgement entered with respect to costs.

WHEREFORE, for all of the reasons stated above, the Plaintiffs respectfully ask that this Court grant their motion, and that judgment be entered in their favor with respect to costs, in the amount of $2,092.80.

Date: November 22, 2016

Respectfully submitted,

/s/Richard Dvorak
Richard Dvorak,
Attorney for the Plaintiffs.

Richard Dvorak
DVORAK LAW OFFICES, LLC
6262 Kingery Highway, Suite 305
Willowbrook, IL 60527
(312) 593-7146 (p)
richard.dvorak@civilrightsdefenders.com

## CERTIFICATE OF SERVICE

I, Richard Dvorak, an attorney, certify that on November 22, 2016, a copy of the foregoing motion, was served upon the attorneys for the Defendants through the Court's electronic filing system.

/s/Richard Dvorak
Richard Dvorak,
Attorney for the Plaintiffs.